**GOTTLIEB & ASSOCIATES**
ATTORNEYS

150 E. 18th St., Suite PHR • New York, NY 10003
Tel (212) 228-9795 • Fax (212) 982-6284
NYJG@aol.com

May 3, 2021

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> Plaintiff's request is **GRANTED IN PART**. The Initial Conference scheduled for May 13, 2021, at 10:50 A.M. is adjourned to **June 17, 2021, at 10:50 A.M.** The parties shall submit a joint letter and joint Proposed Civil Case Management Plan and Scheduling Order by June 3, 2021, in accordance with the April 2, 2021, Order (Dkt. No. 6).
>
> The Clerk of Court is respectfully directed to terminate the motion at Dkt. No. 8.
>
> Dated: May 4, 2021
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:   *Matzura v. Greenville College,*
      Case No.: 1:21-cv-2693

Dear Judge Schofield,

The undersigned represents Steven Matzura, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Greenville College, ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for May 13, 2021, at 10:50 AM (Dkt. 6) be adjourned for 60 days because (1) Defendant recently returned Plaintiff's Waiver of Service of Summons, permitting Defendant until June 28 to file a response to the Complaint (see Dkt. 7), and (2) Counsel for Defendant was just recently retained and needs time to review this matter thoroughly and consult with their Client. Counsel for Defendant joins in this request.

Thank you for your attention to this matter. Should the Court have any questions, please do not hesitate to contact the undersigned attorney.

Respectfully submitted,

**GOTTLIEB & ASSOCIATES**

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.

cc: All counsel of record via ECF